# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT CLYDE, | No. 2:16-CV-1166-MCE-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JASON W. LIPPERT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Rodriguez' motion for summary judgment (ECF No. 35). Plaintiff has filed a statement of non-opposition (ECF No. 38). Pursuant to Eastern District of California Local Rule 230(g), the hearing on defendant's motion scheduled for June 12, 2019, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: June 6, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1