1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TIMOTHY SCOTT CLYDE,                      No.  2:16-CV-1166-MCE-DMC

12                  Plaintiff,

13          v.                                 ORDER

14   JASON W. LIPPERT,

15                  Defendant.

16

17          Plaintiff, who is proceeding with retained counsel, brings this civil rights action

18   pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's counsel's motion (ECF No.

19   43) for leave to file a declaration in support of plaintiff's motion to modify the scheduling order

20   under seal.  Good cause appearing therefor, plaintiff's counsel's motion is granted and the

21   supporting declaration lodged with the court on or about November 6, 2019, is directed to be filed

22   under seal.  See Local Rule 141.

23          IT IS SO ORDERED.

24

25   Dated:  November 22, 2019

26                                             _____
                                               DENNIS M. COTA
27                                             UNITED STATES MAGISTRATE JUDGE

28

1