# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT CLYDE, | No. 2:16-CV-1166-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| JASON W. LIPPERT, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to re-open discovery (ECF No. 42). The matter was called for oral argument before the undersigned at 10:00 a.m. on December 11, 2019, in Redding, California. Defendant's counsel Gregory Steven Warner, Esq., appeared by telephone. Plaintiff's counsel Julia Mary Young, Esq., failed to appear for the hearing. Based on plaintiff's counsel's non-appearance, plaintiff's motion to re-open discovery is denied without prejudice to re-filing the motion.

IT IS SO ORDERED.

Dated: December 12, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE