1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TIMOTHY SCOTT CLYDE,                        No.  2:16-CV-1166-MCE-DMC

12                 Plaintiff,

13         v.                                     ORDER

14   JASON W. LIPPERT,

15                 Defendant.

16

17            Plaintiff, proceeding with counsel, brings this civil rights action pursuant to 42

18   U.S.C. § 1983. On March 31, 2020, the Court ordered the parties to file a joint status report

19   addressing several matters, including whether the case was ready for trial. See ECF No. 49. On

20   April 30, 2020, defendant Lippert submitted a status report in accordance with the Court's order.

21   See ECF No. 51. However, plaintiff did not participate in the preparation of the status report, nor

22   did he submit his own separate status report. Therefore, the Court hereby orders that, within 14

23   days of the date of this order, plaintiff shall show, in writing, good cause for his failure to comply

24   with the March 31, 2020 order. Plaintiff is warned that failure to do so may result in the dismissal

25   / / /

26   / / /

27   / / /

28   / / /

1  of this action. See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); see also Local

2  Rule 110.

3          IT IS SO ORDERED.

4

5  Dated:  June 18, 2020

6  _____

   DENNIS M. COTA

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28