IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT CLYDE,<br><br>Plaintiff,<br><br>v.<br><br>JASON W. LIPPERT,<br><br>Defendant. | No. 2:16-CV-1166-MCE-DMC<br><br><br><br>ORDER |

Plaintiff, proceeding with counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2020, the Court ordered the parties to file a joint status report addressing several matters, including whether the case is ready for trial. See ECF No. 49. On April 30, 2020, defendant Lippert submitted a status report in accordance with the Court's order. See ECF No. 51. However, plaintiff did not participate in the preparation of the status report, nor did he submit his own separate status report. Thereafter, on June 18, 2020, the Court ordered plaintiff to show, in writing, good cause for his failure to comply with the March 31, 2020 order. See ECF No. 52. On July 2, 2020, plaintiff submitted his response. See ECF No. 53. Having reviewed plaintiff's response, the Court finds good cause for allowing this action to proceed and will discharge the June 18, 2020 order to show cause. Plaintiff will be required to submit a separate status report consistent with the March 31, 2020, order.

///

1

In his response to the order to show cause, plaintiff indicates that he is amenable to a judicial settlement conference. Defendant will be required to indicate whether he is also amenable to a settlement conference.

Accordingly, IT IS HEREBY ORDERED that

1. The June 18, 2020, order to show cause is discharged;

2. Within 15 days of the date of this order, plaintiff shall file a separate status report consistent with the Court's March 31, 2020, order; and

3. Within 15 days of the date of this order, defendant shall indicate in writing whether he is amendable to a settlement conference.

Dated: July 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2