IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT CLYDE,<br><br>Plaintiff,<br><br>v.<br><br>JASON W. LIPPERT,<br><br>Defendant. | No. 2:16-CV-1166-MCE-DMC<br><br><br><br>ORDER |

Plaintiff, proceeding with counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have expressed their willingness to participate in a judicial settlement conference. Accordingly, a settlement conference is scheduled for November 16, 2020, at 9:00 a.m. in Redding, California, before the undersigned. The parties are directed to each submit a confidential settlement conference statement directly to chambers by October 28, 2020. These statements shall not be filed. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and file the attached Waiver of Disqualification. If either party elects not to

///

///

///

1

waive disqualification, the settlement conference will be re-set before a different Magistrate Judge.

IT IS SO ORDERED.

Dated:  August 4, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| TIMOTHY SCOTT CLYDE,<br><br>        Plaintiff,<br><br>  v.<br><br>JASON W. LIPPERT,<br><br>        Defendant. | No.  2:16-CV-1166-MCE-DMC |

<u>WAIVER OF DISQUALIFICATION</u>

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____    _____
                         By:  For Plaintiff(s)

DATED: _____    _____
                         By:  For defendant(s)